Look at that! That's so good! Good morning. All right. All right. Yes, sir. Why don't you come over here? Come right here, sir. Well, you see, I know what you're doing. I know what you're doing, and I know what you're